UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
CITY OF NEW ROCHELLE,        Case No: 11 Civ. 01989 (CS)(LMS)

                Plaintiff,

- against-

AXIS SURPLUS INSURANCE COMPANY,

                Defendant.
---------------------------------------------------------X

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

**SIRS:**

    **PLEASE TAKE NOTICE** that upon the annexed Declaration of Stuart E. Kahan, Esq. dated July 30, 2012, and the exhibits annexed thereto, upon the supporting Memorandum of Law and upon Plaintiff's Rule 56.1 Statement the Plaintiff, City of New Rochelle will move before this Court, at the Hon. Charles L. Brieant United States Courthouse and Federal Building, 300 Quarropas Street, White Plains, New York for an order pursuant to Federal Rules of Civil Procedure 56 (a) granting summary judgment to the Plaintiff on its Verified Complaint and for such and further relief as this court deems just and proper.

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to this Court's supplementary scheduling order opposing papers, if any, are required to be served no later than August 27, 2012 and reply papers shall be served no later than September 21, 2012.

Dated:    White Plains, New York
              July 30, 2012

                                        OXMAN TULIS KIRKPATRICK
                                        WHYATT & GEIGER, LLP
                                        *Attorneys for Plaintiff City of New Rochelle*

                                        By: _____
                                          STUART E. KAHAN, Esq.
                                      120 Bloomingdale Road, Suite 100
                                      White Plains, New York 10605
                                      (914) 422-3900
                                      (914) 422-3636 (Fax)
                                      skahan@oxmanlaw.com


To:  Clausen Miller, P.C.
      *Attorneys for defendant Axis Surplus Insurance Co.*
      1 Chase Manhattan Plaza, 39th Floor
      New York, New York 10005
      Attn: Dawn M. Brehony, Esq.